IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-735-CV





EX PARTE: JAIME DOMINGUEZ,



 RELATOR







 




HABEAS CORPUS PROCEEDING FROM TOM GREEN COUNTY



 




PER CURIAM

 Jaime Dominguez filed his petition for writ of habeas corpus on December 14,
1994, seeking discharge from the custody of the sheriff of Tom Green County. After reviewing
the petition, we conclude that the writ should not issue as requested. 

 The petition for writ of habeas corpus is denied.



Before Chief Justice Carroll, Justices Jones and Kidd

Petition for Writ of Habeas Corpus Denied

Filed: January 25, 1995

Do Not Publish